IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRADLY McCOLLOM**                                                                                       **PLAINTIFF**
**#08693-028**

v.                                           Case No. 2:21-cv-00021-KGB-JJV

**T. GARBARINI,** *et al.*                                                                                **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe on plaintiff Bradly McCollom's motion for preliminary injunction (Dkt. No. 29). No objections were filed to the Recommendations, and the time for filing objections has passed. After careful consideration of the record before the Court, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 29). Accordingly, Mr. McCollom's request for a temporary restraining order or for preliminary injunctive relief is denied (Dkt. Nos. 25, 29). The Court certifies pursuant to 28 U.S.C. § 1915(a) that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

It is so ordered this 10th day of March, 2022.

Kristine G. Baker
United States District Judge