# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | | |
|---|---|---|
| **BRADLY McCOLLOM** | | **PLAINTIFF** |
| **#08693-028** | | |
| v. | Case No. 2:21-cv-00021-KGB-JJV | |
| **T. GARBARINI,** *et al.* | | **DEFENDANTS** |

## ORDER

Before the Court are Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe regarding defendant Chenoa Shelton's motion to dismiss for lack of subject matter jurisdiction (Dkt. No. 62). No written objections to the Recommendations have been filed, and the time for filing objections has passed. After careful consideration, the Court adopts the Recommendations in their entirety as this Court's findings (Dkt. No. 62). The Court grants separate defendant Shelton's motion to dismiss and dismisses Shelton from this lawsuit. The Court certifies pursuant to 28 U.S.C. § 1915(a) that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

It is so ordered this 19th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge