IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BRADLY McCOLLOM                                                                                    PLAINTIFF

v.                                          2:21-cv-00021-KGB-JJV

T. GARBARINI, Pharmacist; *et al.*                                                          DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.   DISCUSSION**

Bradly McCollum ("Plaintiff") was incarcerated when he filed this *pro se* action challenging the medical care he received in federal prison. (Doc. 2.) On September 20, 2021, I entered a Partial Recommended Disposition suggesting: (1) Defendants' Motion for Summary Judgment be granted in part and denied in part; (2) Plaintiff's claims against Defendants Baltazar, Hendrix, and Poyner be dismissed with prejudice; and (3) Plaintiff be allowed to proceed with his claim against Defendant Wingo. (Docs. 30, 38.) Plaintiff filed objections to that Partial Recommended Disposition, which remains outstanding. (Doc. 41.)

In September 2022, mail sent to Plaintiff at his last known mailing address was returned

undelivered. (Doc. 69.) Accordingly, on September 7, 2022, the Court ordered Plaintiff to provide an updated address and cautioned him this case would be dismissed if he failed to do so within thirty days. (Doc. 70.) The time to comply with that Order has expired, and Plaintiff has not done so. Because the Clerk does not have a valid service address for Plaintiff, it would be futile to grant him an extension of time with the Court's instructions. For these reasons, I recommend Plaintiff's remaining claim against Defendant Wingo be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's claim against Defendant Wingo be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 25th day of January 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE