# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BRADLY McCOLLOM**  **PLAINTIFF**
**#08693-028**

v.                             Case No. 2:21-cv-00021-KGB-JJV

**T. GARBARINI,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 71). Plaintiff Bradly McCollom has not filed any objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects *(Id.)*. Accordingly, Mr. McCollom's remaining claims against separate defendants Juan Baltazar, Dewayne Hendrix, Ryan Poyner, and Michelle Wingo are dismissed without prejudice for failure to prosecute (Dkt. No. 49). The Court denies as moot the pending motion for summary judgment and the accompanying Proposed Findings and Recommendations entered by Judge Volpe as to the motion for summary judgment (Dkt. Nos. 30, 38). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 13th day of February, 2023.

*[signature]*

Kristine G. Baker
United States District Judge